KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MICHELLE L. ANGUS, State Bar No. 210031
Supervising Deputy Attorney General
MONICA N. ANDERSON, State Bar No. 182970
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-3867
 Fax: (916) 324-5205
 E-mail: Monica.Anderson@doj.ca.gov
*Attorneys for Defendants Beard and Duffy*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KENNETH DONNEY,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**DR. JEFFREY BEARD, et al.,**<br><br>                              Defendants. | Case No. 2:15-cv-2530-JAM-EFB P<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; PROPOSED ORDER**<br><br>Date:         February 10, 2016<br>Time:        10:00 a.m.<br>Courtroom: 8<br>Judge:       The Hon. Edmund F. Brennan |

The parties request a two day extension of time to February 5, 2016, for Defendants to file their Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss. Defendants filed their Motion to Dismiss on January 8, 2016. (ECF No. 8.) The motion is scheduled to be heard at 10:00 a.m. on February 10, 2016, before the Honorable Edward F. Brennan. Plaintiff's counsel timely filed his opposition on January 27, 2016. Defendants' Reply is due to be filed on February 3, 2016.

Counsel for Defendants is currently out-of-state for the funeral of a family member, and will not be back in the office until February 1, 2016. Defendants' counsel had her office contact Plaintiff's counsel requesting the stipulation for a two day extension of time which was agreed to.

/ / /

1

# **STIPULATION**

Under Civil Local Rule 144 and Fed. Rule Civ. P. 6, the parties, by and through their respective attorneys of record, hereby stipulate that the time for Defendants to file their Reply to the Motion to Dismiss be extended to February 5, 2016.

**SO STIPULATED.**

Dated:  January 29, 2016            By:   */s/ Alfred Vargas*
                                                    ALFRED VARGAS
                                                    LAW OFFICES OF ALFRED VARGAS
                                                    *Attorneys for Plaintiff*

Dated:  January 29, 2016            By:   */s/ Monica N. Anderson*
                                                    MONICA N. ANDERSON
                                                    Supervising Deputy Attorney General
                                                    *Attorneys for Defendants*

**IT IS SO ORDERED**

Dated:  February 3, 2016

                                                    EDMUND F. BRENNAN
                                                    UNITED STATES MAGISTRATE JUDGE